Debra A. Miller, Esq.  (IN #27254-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  dmiller@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA ALVES,<br>             Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; BAYVIEW LOAN SERVICING, LLC; WELLS FARGO CARD SERVICES, INC.; and DOES 1 through 100, inclusive;<br>             Defendants. | CASE NO.   5:15-cv-05129-BLF<br><br>**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION, LLC ONLY** |

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Christina Alves ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union") only. Accordingly, Trans Union will not be participating in the Case Management Conference previously scheduled in this matter for March 24, 2016 [Doc. No. 16] unless specifically requested by the Court.  Plaintiff and Trans Union shortly will file a Stipulation And [Proposed] Order Of Dismissal With Prejudice.

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION, LLC ONLY – 5:15-CV-05129-BLF**

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | Date: <u>February 25, 2016</u> | <u>*s/ Elliot W. Gale (with consent)*</u> |
| | | Scott J. Sagaria, Esq. |
| 4 | | Elliot W. Gale, Esq. |
| 5 | | Joseph B. Angelo, Esq. |
| | | Scott M. Johnson, Esq. |
| 6 | | Sagaria Law, P.C. |
| | | 2033 Gateway Place, 5th Floor |
| 7 | | San Jose, CA  95110 |
| 8 | | Telephone:  (408) 279-2288 |
| | | Fax:  (408) 279-2299 |
| 9 | | E-Mail:  egale@sagarialaw.com |

*Counsel for Plaintiff Christina Alves*

Date: <u>February 25, 2016</u>    <u>*s/ Debra A. Miller*</u>
Debra A. Miller, Esq.  (IN #27254-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  dmiller@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION, LLC ONLY – 5:15-CV-05129-BLF**