1 Debra A. Miller, Esq.  (IN #27254-49)
   (admitted *Pro Hac Vice*)
2 Schuckit & Associates, P.C.
3 4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
4 Fax:  317-363-2257
E-Mail:  dmiller@schuckitlaw.com
5
6 *Lead Counsel for Defendant Trans Union, LLC*

7 Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
8 1321 8th Street, Suite 4
Berkeley, CA  94710
9 Telephone: 510-525-5100
Fax:  510-525-5130
10 E-Mail:  ltate@tateandassociates-law.com

11 *Local Counsel for Defendant Trans Union, LLC*

12

13 **UNITED STATES DISTRICT COURT**

14 **NORTHERN DISTRICT OF CALIFORNIA**

15 **SAN JOSE DIVISION**

16 CHRISTINA ALVES,                             )   CASE NO.   5:15-cv-05129-BLF
                              Plaintiff,        )
17                                              )
18          vs.                                 )   **STIPULATION AND**
                                                )   **[PROPOSED] ORDER OF**
19 EXPERIAN INFORMATION SOLUTIONS, INC.;   )   **DISMISSAL WITH PREJUDICE**
EQUIFAX, INC.; TRANSUNION, LLC;          )   **BETWEEN PLAINTIFF AND**
BAYVIEW LOAN SERVICING, LLC; WELLS       )   **DEFENDANT TRANS UNION,**
20 FARGO CARD SERVICES, INC.; and DOES 1   )   **LLC ONLY**
through 100, inclusive;                  )
21                          Defendants.         )

22

23          Plaintiff Christina Alves, ("Plaintiff") by counsel, and Defendant Trans Union, LLC

24 ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them

25 have been compromised and settled, and that Plaintiff's cause against Trans Union only should

26 be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

27

28

Respectfully submitted,

Date:  March 22, 2016

*s/ Elliot W. Gale (with consent)*

Scott J. Sagaria, Esq.
Elliot W. Gale, Esq.
Joseph B. Angelo, Esq.
Scott M. Johnson, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone:  (408) 279-2288
Fax:  (408) 279-2299
E-Mail:  egale@sagarialaw.com

*Counsel for Plaintiff Christina Alves*

Date:  March 23, 2016

*s/ Debra A. Miller*

Debra A. Miller, Esq.  (IN #27254-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  dmiller@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

1   PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is

2   dismissed with prejudice.  Plaintiff and Defendant Trans Union, LLC shall each bear their own

3   costs and attorneys' fees.

4

5

6   Date: _____     _____

7                                     JUDGE, United States District Court, Northern

8                                     District of California

9   DISTRIBUTION TO:

10

| Elliot W. Gale, Esq. | Scott J. Sagaria, Esq. |
|---|---|
| egale@sagarialaw.com | sjsagaria@sagarialaw.com |
| Scott M. Johnson, Esq. | Alyssa M. Staudinger, Esq. |
| sjohnson@sagarialaw.com | astaudinger@jonesday.com |
| Gregory L. Huber, Esq. | Thomas P. Quinn, Esq. |
| glh@severson.com | tquinn@nokesquinn.com |
| Lauren E. Tate, Esq. | Debra A. Miller, Esq. |
| ltate@tateandassociates-law.com | dmiller@schuckitlaw.com |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28