1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
2  JOE ANGELO (SBN 268542)
   **SAGARIA LAW, P.C.**
3  2033 Gateway Place, 6th Floor
   San Jose, CA 95110
4  408-279-2288 ph: 408-279-2299 fax

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| CHRISTINA ALVES, | Case No.: 5:15-CV-05129-BLF |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS,INC.; ~~PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Christina Alves and defendant Experian Information Solutions, Inc. ("Experian"), that Experian be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; PROPOSED ORDER - 1

DATED:  May 27, 2016            Sagaria Law, P.C.

                                By:   _____/s/ Elliot W. Gale_____
                                          Elliot W. Gale
                                Attorneys for Plaintiff
                                Christina Alves

DATED:  May 27, 2016            Jones Day


                                By:   _____/s/ Katherine A. Neben_____
                                          Katherine A. Neben
                                Attorneys for Defendant
                                Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Katherine A. Neben has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Experian is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____            _____
                                Beth L. Freeman
                                UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; PROPOSED ORDER - 2