1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
2  JOE ANGELO (SBN 268542)
   **SAGARIA LAW, P.C**,
3  2033 Gateway Place, 6th Floor
   San Jose, CA 95110
4  408-279-2288 ph: 408-279-2299 fax

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| CHRISTINA ALVES, | Case No.: 5:15-CV-2734; -BLF |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT WELLS FARGO BANK, N.A. (SUED HEREIN AS "WELLS FARGO CARD SERVICES, INC."); ~~PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Christina Alves and defendant Wells Fargo Bank, N.A. (sued herein as "Wells Fargo Card Services, Inc.") ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED: August 11, 2016         Sagaria Law, P.C.

                               By:  ___/s/ Elliot W. Gale___
                                         Elliot W. Gale
                               Attorneys for Plaintiff
                               Christina Alves

DATED: August 11, 2016         Severson & Werson


                               By:  ___/s/ Gregory Huber___
                                         Gregory Huber
                               Attorneys for Defendant
                               Wells Fargo Bank, N.A.
                               (Sued herein as "Wells Fargo Card Services, Inc.")

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Gregory Huber has concurred in this filing.

/s/ Elliot Gale

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Defendant Wells Fargo is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: _____                    _____
                                           Beth L. Freeman
                                           UNITED STATES DISTRICT JUDGE