Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| CHRISTINA ALVES,<br><br>            Plaintiff,<br><br>      vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>            Defendants. | Federal Case No.: 5:15-cv-05129-BLF<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Christina Alves and defendant Equifax, Inc., that Equifax, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

//

1  DATED:  August 16, 2016                        Sagaria Law, P.C.

2                                                 By:  _/s/ Elliot W. Gale_
3                                                        Elliot W. Gale
                                                  Attorneys for Plaintiff
4                                                 Christina Alves

5

6  DATED: August 16, 2016                         Nokes & Quinn

7

8                                                 By:  _/s/Thomas P. Quinn, Jr._
                                                         Thomas P. Quinn, Jr.
9                                                 Attorneys for Defendant
10                                                Equifax, Inc.

11

12  I, Elliot Gale, am the ECF user whose identification and password are being used to file this

13  Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

    _/s/ Elliot Gale_
14

15                               **[PROPOSED]** ORDER

16      Pursuant to the stipulation of the Parties, Equifax, Inc. is dismissed with prejudice.

17      IT IS SO ORDERED.

18

19  DATED: _____                         _____
20                                                BETH L. FREEMAN
                                                  UNITED STATES DISTRICT JUDGE
21

2

STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER